**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    Charles W. Russell                    Case # 03-13368-SSM
    and
    Carolyne A. Russell

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                      AMOUNT

Portfolio Recovery Associates          $19.50
P.O. Box 41067
Norfolk, VA 23541-1067

Dated:        February 23, 2010        __/s/Thomas P. Gorman _____
                                                         Thomas P. Gorman
                                                         300 North Washington Street, Ste. 400
                                                         Alexandria, VA 22314
                                                         (703) 836-2226
                                                         VSB#26421